```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
                Criminal No. 10-62(1)(DSD/JJK)
```

United States of America,

       Plaintiff,

v.                                  **ORDER**

Benjamin Garduwar Karbedeh,

       Defendant.

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 11, 2010. No objections have been filed to the Report and Recommendation by defendant Karbedeh in the time period permitted. Based on the Report and Recommendation of the magistrate judge, on all of the files, records and proceedings herein, the court now makes and enters the following order:

    **IT IS HEREBY ORDERED** that:

    1. Defendant Karbedeh's Pretrial Motion for Severance of Defendants (Doc. No. 69) is denied;

    2. Defendant Karbedeh's Pretrial Motion to Suppress Statements, Admissions and Answers (Doc. No. 72) is denied.

Dated: September 1, 2010

                                             s/David S. Doty            
                                             David S. Doty, Judge
                                             United States District Court